UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,                         **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

                   -against-                                      20 Mag 13007

Vincente Estevez

                                        Defendant(s).
------------------------------------------------------------------X

Defendant __Vincente Estevez_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

__X__   Initial Appearance Before a Judicial Officer

___     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__   Bail/Detention Hearing

__X__   Conference Before a Judicial Officer


/s authorized electronic signature
_____              s/Thomas F.X. Dunn
Defendant's Signature                        Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Vincente Estevez_____                __s/Thomas F.X. Dunn_____
Print Defendant's Name                       Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

12/7/2020
_____              _____
Date                                U.S. District Judge/U.S. Magistrate Judge